# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| LEDA MOX and ARMSTRONG EQUINE MASSAGE THERAPY, LLC, | |
| Plaintiffs, | Case No. 0:23-cv-03543 |
| v. | |
| DENNIS OLSON, JR., in his official capacity as Commissioner of the Minnesota Office of Higher Education, | **NOTICE OF APPEARANCE** |
| Defendant. | |

The undersigned attorney hereby notifies the Court and counsel that he appears as counsel of record for Plaintiffs, Leda Mox and Armstrong Equine Massage Therapy, LLC, in this case.

Dated: November 16, 2023

/s/ Anthony Sanders
Anthony Sanders
Minnesota Bar No. 0387307
INSTITUTE FOR JUSTICE
P.O. Box 315
Lindstrom, MN 55045
(703) 682-9320
asanders@ij.org

*Counsel for Plaintiffs*