## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| LEDA MOX and ARMSTRONG EQUINE MASSAGE THERAPY, LLC, | Case No. 23-cv-03543 ECT/ECW |
| Plaintiffs, | |
| v. | **ORDER** |
| DENNIS OLSON, JR., in his official capacity as Commissioner of the Minnesota Office Higher Education, | |
| Defendant. | |

This case is before the Court on the Stipulation for Extension of Time to Respond to Plaintiffs' Complaint (Dkt. 14). Having considered the Stipulation, **IT IS ORDERED** that Defendant shall have until and including January 12, 2024 to answer or otherwise respond to the Complaint.

Dated: December 1, 2023                           *s/Elizabeth Cowan Wright*
                                                  ELIZABETH COWAN WRIGHT
                                                  United States Magistrate Judge