UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| LEDA MOX and ARMSTRONG EQUINE MASSAGE THERAPY, LLC, | Civil File No. 23-cv-03543 ECT/ECW |
| Plaintiffs, | |
| v. | **DEFENDANT'S MEET AND CONFER STATEMENT** |
| DENNIS OLSON, JR., in his official capacity as Commissioner of the Minnesota Office of Higher Education, | |
| Defendant. | |

We, Martha J. Casserly and Alec Sloan, Assistant Attorneys General and counsel for Defendant Dennis Olson, Jr., in his official capacity as Commissioner of the Minnesota Office of Higher Education, spoke with Plaintiffs' counsel, Jeffrey H. Redfern and Bobbi M. Taylor, Institute for Justice, on January 5, 2024, regarding Defendant's anticipated Motion to Dismiss. Counsel were unable to resolve the dispute. Therefore, this matter is properly before the Court on Defendant's Motion to Dismiss.

*Signature on Following Page*

Date: January 12, 2024

Respectfully submitted,

KEITH ELLISON
Attorney General
State of Minnesota

*/s/ Martha J. Casserly*
MARTHA J. CASSERLY
Assistant Attorney General
Atty. Reg. No. 0148271
ALEC SLOAN
Assistant Attorney General
Atty. Reg. No. 0399410

445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 757-1214 (Voice)
(651) 297-1235 (Fax)
marty.casserly@ag.state.mn.us

ATTORNEYS FOR DEFENDANT

|#5676549-v1